**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 13 2011**

**GREGORY C. LANGHAM**
**CLERK**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _11-CV-1117-BNB_

(To be supplied by the court)

_Randolph V Brown Sr.,_
Plaintiff,

v.

_Flextronics USA Inc,_
Defendant.

---

### TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff _Randolph V Brown Sr_ is a citizen of _USA_
   who presently resides at the following address:
   _1319 Columbine Ct  Arlington, Tx 76013_

2. Defendant _Flextronics USA Inc_  lives at or is located at the following address:
   _Agent: The Corporation Company 1675 Broadway Ste 1200 Denver, Co 80202_

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
   _569 DTC Parkway  Greenwood Village, Co 80111_

6. Jurisdiction also is asserted pursuant to the following statutory authority:

_____

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7.      Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on ~~Oct 22, 2008~~ Dec 5, 2008 (date) regarding the alleged discriminatory conduct by Defendant(s).

8.      Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on Jan 31, 2011 (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9.      Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ✓ Race         ✓ Color         _____ Religion

    _____ Sex         _____ National Origin

    _____ Other (please specify) _____

10.      Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    _____ Failure to hire

    _____ Failure to promote

    ✓ Demotion/discharge from employment

    ✓ Other (please specify) Medical ~~Act~~ Leave of AcT

**FIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.
Alternatively, you may attach to the complaint a copy of the charge of discrimination
you submitted to the Equal Employment Opportunity Commission.)

Attached is a copy of my original Complate Against Flextronics, claiming that they discriminated against me, and ~~was~~ Terminating me unjustly.

See Item # 1 charges I made to EEOC

See Item # 2 Copy of Flextronics Responce

See Item # 3 my Responce To Flextronics Allegations About Me.

See Item # 4 Business Conduct > Working with Relatives

See Item # 5 Email Correspondence with Team and David Verhagen.

1 - of - 40

# SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

~~None~~

Claim For Emotional Distress

See Statement about

1 - Facts Concerning my Discharge
   Item # 5

2 - Damages Sustained By my Termination
   Item # 6

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

None

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

I'm Requesting Back Pay From The Time of Discharge To Present. Punitive, Damages, Emotional Damages.

Date: 5/5/11

_____
(Plaintiff's Original Signature)

1319 Columbine CT
(Street Address)

Arlington Tx 26013
(City, State, ZIP)

719-231-1284
(Telephone Number)

| To: | Randolph V. Brown, Sr.<br>1319 Columbine Court<br>Arlington, TX 76013 | From: | Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |

[ ] On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2008-02949 | Holly Romero,<br>Enforcement Supervisor | (303) 866-1341 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Sally Romero for_     January 31, 2011

Enclosures(s)

Nancy A. Sienko,<br>**Director**     *(Date Mailed)*

cc: Paula Kutansky-Brown, Esquire<br>Sr. Human Resources Compliance Manager<br>RTS a Flextronics Company<br>847 Gibraltar Drive<br>Milpitas CA 95035

# Additional
# Parties Involved

**Flextronics**
**5619 DTC Parkway,**
**Greenwood Village, Co 80111**

Item #1     2-18-2011

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 541-2008-02949 |

**Colorado Civil Rights Division** _____ and EEOC

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Randolph V. Brown, Sr. | (719) 434-2335 | 08-16-1957 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6921 Mill Brook Circle, Fountain, CO 80817 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FLEXTRONICS | 500 or More | (303) 242-4367 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5619 Dtc Parkway, Greenwood Village, CO 80111 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07-28-2008**     Latest **07-31-2008**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.   On or about 072808, I was suspended from my position of Territorial Manager and on or about 073108, I was discharged.

II.  I was told I was discharged for the following reasons: Complaints about me from Verizon Wireless Management; complaints about me from my managers about my job performance; and trying to hire my wife's nephew.

III. I believe I have been discriminated against because of my race/color (Black) and in retaliation for having opposed a discriminatory practice in violation of Title VII of the Civil Rights Act of 1964, as amended, in as much as:

a.   I was performing in a satisfactory manner. I had never been written up for anything during my employment nor had my ethics brought into question.

b.   I was suspended/discharged shortly after returning to work from a medical leave. Just prior to my leave, I voiced my concerns about the company not hiring Black employees in the Verizon Wireless stores to a Human Resources representative who is now the Human Resources Manager. I also advised her that my supervisor was bypassing qualified Black applicants for less qualified white ones.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Date _____     Charging Party Signature _____

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name*)  | C. Date of Delivery

D. Is delivery address different from item?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

EEOC
303 East 17th Ave
Suite 510
Denver Co 80203

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

2. Article Number
   *(Transfer from service label)*      7005 3110 0003 7785 7277

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

# FLEXTRONICS

October 21, 2008

Mr. Andrew G. Williams, Supervisory Investigator
Denver Field Office
303 East 17th Street Avenue
Denver, CO 80203

RECEIVED

OCT 2 2 2008

EEOC DENVER
DISTRICT OFFICE

Re:    Charging Party: Mr. Randoph V. Brown, Sr.
       EEOC Complaint No.  541-2008-02949

Dear Mr. Williams:

This letter serves as the initial Position Statement of Flextronics Retail Technical Services, referred to in the Charge as Flextronics International[1] ("Flextronics" or "the Company"), and in response to the above-referenced charge of discrimination filed by Randolph V. Brown, Sr. "Mr. Brown" or "Complainant". The pending charge alleges that Flextronics discriminated against Mr. Brown on the basis of his race/color, black, and in retaliation for having opposed a discriminatory practice in violation of Title VII of the Civil Rights Act of 1964, as amended.   Specifically, he alleges that he was discriminated against relative to the decision to terminate him after he voiced his concerns about the Company not hiring Black employees. Flextronics emphatically denies it discriminated against Complainant on the basis of race/color, or any other basis, at any time during his employment with the Company; nor did the Company retaliate against Complainant for any reason. As will be shown below, Mr. Brown had a pattern of performance deficiencies as well as an ethics violation which lead to his termination. Contrary to Mr. Brown's claim of retaliation, Complainant did not report any discriminatory practices to Human Resources or through any other available reporting pathway until after he was suspended for a policy violation.  Flextronics, while investigating Mr. Brown's allegations, reviewed applicant demographics in the Colorado region and the information gathered does not show evidence of any systemic discrimination.

By submitting this response, Flextronics does not waive any legal defenses it may have to this Charge.  If additional facts are uncovered, Flextronics may wish to raise other procedural or substantive issues as a complete or partial defense.  Flextronics also reserves the right to supplement this response to address other matters as circumstances may dictate.

As an initial matter, please be aware that Flextronics has a well-established policy prohibiting discrimination and violence in the workplace.   The Company takes all allegations of workplace discrimination and violence seriously and conducts prompt, full and fair investigations of all claims.  Pursuant to this policy, the Company thoroughly investigated the charge submitted to the Agency by Complainant once the allegations were brought to our attention.

---

[1] As of October 1, 2007, Flextronics International acquired Solectron Corporation.  Some of the documents provided still have the Solectron logo as we transition into a combined company.

## BACKGROUND INFORMATION

Randolph V. Brown, Sr. worked in the Retail Technical Services (RTS) division of Flextronics Americas LLC, which is a subsidiary of Flextronics International, a leading electronics manufacturing services provider. The Company currently has an exclusive and fairly unique partnership with Verizon Wireless that calls for the Company to provide customer technical support to Verizon's retail wireless phone consumers.

Retail Technical Services delivers customer technical support inside Verizon stores where Flextronics employees perform face-to-face customer service including retail support, equipment (mostly wireless phones) programming, maintenance and trouble-shooting. Flextronics is responsible for recruiting, hiring, training and supervising Flextronics technicians assigned to Verizon stores. The Company employs roughly 3000 associates nationwide in the RTS organization and each associate is assigned to a particular Verizon store to perform the technical support function. Depending on the location, physical size of the store and the amount of consumer traffic, the store may have one to six (or more) Flextronics technicians supporting the customers. The Flextronics technicians are hired, trained and directed by a Flextronics management team including a store level front line supervisor (Team Leader, though not every store supports this position), a Territory Manager who is responsible for a number of technician teams in a particular geographic area, and a Regional Manager who oversees several areas in a large geography. The management representatives in the RTS organization are accountable to the management team of Verizon with Flextronics performance under the contract routinely measured through store level audits[2] and other such mechanisms including workplace conduct.

Given the proprietary and sensitive nature of the Company's relationship with Verizon, all employees in the RTS organization are held to very specific customer service requirements, performance expectations and workplace conduct standards. A summary of the most critical policies and standards ("Statement of Key Policies" or "SKP") is issued to all employees upon hire and thereafter, employees are frequently reminded by management of the topics covered by the SKP and their importance. The SKP addresses, among other things, handling customer information, managing Verizon assets, protecting proprietary data and professionalism in the workplace. The SKP notifies employees that failure to comply with the SKP and related policies is grounds for discipline, including the possibility of termination.

## Complainant Employment History

Randolph V. Brown, Sr. was hired into the Retail Technical Services division on June 25, 2006 as a Customer Service Technician in Dallas, TX. In the ordinary course of preparing Complainant for work in the Verizon store, Flextronics provided Mr. Brown with specific documented policies and standards ("SKP") (Appendix A), the Code of Business Conduct and Ethics (Appendix B), and a robust Associate Orientation

---

[2] Audits looked at such things as productivity metrics, sales figures, inventory reconciliation, customer service and policy compliance.

Re:     Charging Party: **Mr. Brown EEOC Complaint No. 541-2008-02949**

including training classes in Customer Service Skills, Systems Training and Required Technical Training.

On March 2, 2008, Mr. Brown was promoted to Territory Manager and transferred to Denver, Colorado reporting to David Verheggen[3], Regional Manager Colorado & Wyoming. The Territory Manager position provided a full spectrum of employee management and business reporting for multiple retail store settings. Mr. Brown managed 18 technicians at 5 retail store locations within the Denver market. Flextronics continued to train Mr. Brown through both formal and on-the-job training sessions in order to support him in the successful execution of his duties as Territory Manager. Mr. Brown's main role was to manage the technicians placed in the Verizon stores. His job responsibilities included supporting and managing the performance of the technicians, maintaining adequate staffing levels within the stores, and ensuring the store's work schedules best supported the needs of the business. In addition, Mr. Brown regularly provided to his manager business reports, such as staff turnover and other required metrics, which showed how his territory was performing against goals.

Shortly after Mr. Brown was promoted to Territory Manager and transferred to Denver, Mr. Verheggen received a concerning email regarding Complainant's management style. The email was written by one of the technicians working under Mr. Brown and expressed a concern that Mr. Brown's method of communication was highly discouraging to the workers and was causing technicians to leave the Company (Appendix C). The email explained that Mr. Brown yells at the technicians, was overbearing, and scheduled meetings that caused disruptions in the business. Mr. Verheggen coached Mr. Brown over the phone regarding the concerns raised and Mr. Brown agreed to begin using a more personal, one-on-one approach when communicating with the technicians. On April 11th, Mr. Brown completed his first formal training course, a manager basics workshop, for the Territory Manager position. He continued to get feedback on his communication methods from Mr. Verheggen with specific suggestions on how to include the technicians and team leads in the decision making process and to work towards earning the respect of the team.

Mr. Brown completed his next training class as a Territory Manager on May 21st titled Building Relationship Versatility (Social Styles). As a Territory Manager Mr. Brown was not only the manager of technicians and team leads but was also the liaison between Flextronics and the Verizon Store Managers (employees of Verizon). His client relationships were important to managing within the Verizon store environment. On May 16th Mr. Verheggen visited three stores in Mr. Brown's market[4] and received negative feedback from both the technicians and store managers regarding Complainant's communication style. Again Mr. Verheggen coached Complainant on specific changes he would like to see in Mr. Brown's communication style including spending time on the sales floor with his technicians, checking in with store managers upon his arrival, attending at least two District Manager meetings each month. Mr. Brown continued his training for Territory Manager and completed a third course, "How

---

[3] David Verheggen, Regional Manager, White, Male

[4] Mr. Verheggen regularly visited stores within each of the market areas falling under his jurisdiction. These visits allowed him to better assess the performance of the stores, the viability of the relationships between Flextronics and Verizon, and the performance of his direct reports (Territory Managers).

Re:      Charging Party: Mr. Brown EEOC Complaint No. 541-2008-02949

to Document Employee Performance and Performance Management", on June 3[rd] and 4[th]. In addition to the Retail Technical Services Training that is required for every Territory Manager, Mr. Brown also completed the Company's Code of Business Conduct and Ethics training which was required of all employees (Appendix D). The Company requires refresher training annually on the Code and, with the new acquisition[5], all employees were required to take the Flextronics training and acknowledge, in writing, that they had received the Code of Business Conduct and Ethics.

In the months that followed Mr. Brown's move into the Territory Manager role, he experienced high turnover in the West Denver market. From mid March to mid July the market lost 6 of the 18 technicians (5 stores) representing a 33.3% rate of attrition. Mr. Brown's communication issues with the technicians were a contributing factor to the high turnover rate in the market. Maintaining staffing levels required to meet customer demands within the Verizon stores is one of the primary metrics of performance within each market. Flextronics is measured heavily on our ability to staff the appropriate technical talent to cover each shift. Complainant's market was experiencing scheduling challenges and the high turnover was creating great concern within the Verizon store management.

In early June, Mr. Brown contacted Melissa Lightbody[6], Human Resources Manager, to assist him with hiring an applicant for the Arvada store. Complainant described a customer he had assisted in on of the Verizon stores. Mr. Brown stated that the customer had really impressed him and that he would like to make him an offer. Ms. Lightbody asked Complainant to arrange for Mr. Verheggen to perform a second round interview with the applicant and to submit the application for a background check. On June 8, 2008 Complainant provided the applicant, Dale Little[7], for Mr. Verheggen to conduct a second interview. Mr. Brown advanced the applicant alleging that he had interviewed Mr. Little and wanted to move forward with the hire. Mr. Verheggen interviewed Mr. Little and discovered that his application stated the same physical address and phone number as Complainant. In addition, Mr. Verheggen found out that the applicant, Dale Little, was the nephew of the Complainant's wife. Mr. Brown did not divulge the information regarding his relationship with the candidate to anyone in Human Resources or management. In fact, when questioned about his relationship with Mr. Little, Complainant denied that Mr. Little was his nephew or that there was any relation between himself and the applicant. After continuous probing, Mr. Brown admitted that Mr. Little was his wife's nephew, that Mr. Little was in fact living with him, and further state that it was his responsibility to find Mr. Little a job. Mr. Brown's actions were in direct violation of the Code of Business Conduct and Ethics Policy that Complainant reviewed, was trained on and acknowledged receipt of during his onboarding and on an annual basis (Appendix D). Not only was Mr. Little related to Mr. Brown, Mr. Brown was going to hire him into a position with direct reporting relationship, failed to disclose that information in advance of the interview activity, and later denied the relationship existed.

---

[5] As of October 1, 2007, Flextronics International acquired Solectron Corporation.

[6] Melissa Lightbody, Human Resource Manager, White, Female

[7] Dale Little, Applicant, Black, Male

Re: **Charging Party: Mr. Brown EEOC Complaint No. 541-2008-02949**

Between June 6, 2008 and June 17, 2008 Mr. Brown took some time off due to health reasons. Complainant went on an official leave of absence between June 25th and July 25th. Upon his return to work he was suspended with pay based on the need to clear up paperwork including his final check[8]. The Company had completed the investigation regarding Mr. Brown's ethics violation and determined that termination was the appropriate action. Mr. Brown was terminated on July 31st for his violation of the Code of Business Conduct and Ethics.

### Mr. Brown's formal complaint

Flextronics provides a number of different reporting pathways that employees may access to bring an ethical concern or other alleged policy violation to the Company's attention. Employees are provided detailed information on the different reporting pathways through the Code of Business Conduct and Ethics Training and are required to acknowledge that they are aware and understand these pathways. Mr. Brown submitted his first complaint on July 29, 2008 to Carol Dixon[9], Human Resources Director (Appendix E). Ms. Dixon reviewed the complaint and launched into an immediate investigation.

Prior to completing the investigation and post termination, Mr. Brown began releasing public statements about Flextronics that were libelous and defamatory. The first statement was an email that claimed Flextronics discriminated against African Americans, and that Flextronics rejected a number of African American candidates that were presented by Complainant for employment consideration (Appendix F). In addition the letter stated the Complainant's intent to picket a Verizon store on August 11th. On August 2, 2008, Complainant continued his efforts against the company by handing out fliers in front of a Verizon store (Appendix G). The company immediately sent Mr. Brown a letter demanding that he immediately terminate any plans to interfere with Flextronics' or Verizon's business.

Ms. Dixon completed the investigation and noted Mr. Brown's allegations regarding Mr. Verheggan's hiring practices and retaliation were patently false. It was in fact noted that Mr. Brown submitted only two African American candidates for recommendation for employment. One of the applicants did not meet the skill and qualification requirements and the other candidate was a relative of the Complainant. Mr. Brown did not divulge the relationship and submitted the applicant to work in a direct reporting relationship. In addition, Mr. Brown had not approached Ms. Lightbody about any alleged discriminatory practice at anytime during his employment. On August 7, 2008, in response to Mr. Brown's post termination activities and to show the completion of the investigation, the company sent Complainant a response (Appendix H).

### RESPONSE to the ALLEGATIONS

---

[8] Based on Colorado State law employees must receive the final paycheck on the date of termination.
[9] Carol Dixon, Human Resource Director, Black, Female

Re:     Charging Party: **Mr. Brown EEOC Complaint No. 541-2008-02949**

Mr. Brown alleges that he was discriminated against based on his race/color, black, and retaliated against relative to the termination decision. Contrary to the Complainant's allegation in the pending Charge, he was not subjected to discrimination in the workplace or terminated due to retaliation. Mr. Brown has failed to disclose that he not only deceitfully presented his nephew as an applicant for hire under his direct reporting relationship, violated company policy by lying about his relationship with a candidate to circumvent Flextronics' policy against nepotism, but in addition continued to lie when questioned about his relationship.

Complainant did have performance issues that the Company continued to work with him through both in-class and on the job training programs as well as having continuing coaching sessions with his manager. Mr. Verheggen continued to get complaints from Verizon even an email that described why Mr. Brown was a detriment to the business (Appendix I). Mr. Brown was not terminated solely for performance as the Company was providing support and counseling that he needed to turnaround his performance issues. Mr. Brown's reason for termination was his violation of the Code of Business Conducts and Ethics policy. Mr. Brown must have understood that hiring his nephew in direct reporting relationship was a violation of the policy not only from training and acknowledgement of the Code but also due to the way he presented the applicant, Mr. Little, as just a customer that he was impressed with and his continued lies about the relationship after it was identified in the second round interview.

Mr. Brown's allegation that he approached Human Resources regarding alleged discriminatory hiring practices is false. Ms. Lightbody has no knowledge of any conversations prior to Mr. Brown's leave of absence or anytime during his employment with the company about a concern that the company does not hire black employees. In light of the facts above, it is clear that the Company not only did not discriminate against the Complainant on the basis of race, but instead did not have knowledge regarding his claim of discriminatory hiring practices until he filed an ethics complaint.

Upon receipt of the ethics complaint, Ms. Dixon, fully investigated the allegations of discriminatory hiring practices and the circumstances surrounding Mr. Brown's termination. Recruiting records were pulled for the time period January 1, 2008 through August 1, 2008 in the Colorado market. Out of 52 positions that were filled 10.4% were filled by black applicants. Compared to the Colorado censes data of 4.1%[10], Flextronics is showing that our hiring percentage of blacks is greater than that of the market. The data shows that the hire to state ratio within Colorado shows that the diversity in our stores go beyond what the local demographics are stating and that Flextronics does not have any systemic issues or discriminatory hiring practices in the Colorado Market. In addition, Ms. Dixon reviewed Mr. Brown's termination record and based on all the facts determined that Mr. Brown's termination from Flextronics was solely based on his violation of company policy.

---

[10] Source U.S. Census Bureau: State and County QuickFacts.
Re:     Charging Party: Mr. Brown EEOC Complaint No. 541-2008-02949

## CONCLUSION

As the preceding discussion makes clear, Randolph V. Brown, Sr. was not discriminated on the basis of race or any other basis during his employment with the company and in addition was not retaliated against for reporting alleged discriminatory practices. Complainant has provided no information explaining the basis for his belief that he was treated differently then other employees, while the Company has clearly demonstrated that all employees are held to the same reasonable standards of the Code of Business Conduct and Ethics.

Flextronics strongly believes there is no merit to the charges of discrimination filed by Randolph Brown. Clearly the circumstances demonstrate that Flextronics has acted reasonably in all its dealings with the Complainant, and at no time discriminated against him or otherwise subjected him to unlawful treatment in the course of his employment with the Company. For these reasons, Flextronics respectfully requests that the Agency render a "no cause" finding with respect to Mr. Brown's Charge.

If further information is required, please contact me at 704-509-8297.

Respectfully Submitted,

*Monica Ek*

Monica Ek
Compliance Manager
Human Resources

Cc: Gráinne M. Blanchette; Compliance Director

# MY RESPONSE TO THE ALLEGATION MADE AGAINGT ME FROM FLEXTRONICS

## MAILED TO EEOC ON
## December 5, 2008

EEOC Attn: Charge No: 541-2008-03106
Denver Field Office
303 East 17th Avenue
Suite 510
Denver, Co 80203

Randolph V. Brown Sr
2002 Legacy Ridge View
Apt 103
Colorado Springs, Colorado 80910
719-355-5013 Cell Phone
719-355-5014 Cell Phone #2

Ref: Rebuttal answer to Flextronics Reply.

Date: December 3, 2008

Dear: Mr. Andrew G. Williams
      Enforcement Supervisor

I am replying to the letter you received from Flextronics regarding my separation from this organization. I have read their response to my allegation against them on wrongful termination based on discrimination, and I have found that there statements are based on hear say and no fact.

## Since June 25, 2006 To July 31, 2008

I have never been written up for any infractions by this company for any reasons. This company states that I was promoted and was transferred from Texas to Colorado, this is not the case. I took leave to be interviewed by Mr. David Verheggen and Marty Levine, so this required me to come to Colorado to be interviewed for this position. I was later hired by Marty Levine not David Verheggen.

I will address the allegations given to your department that Flextronics states I was terminated for. On many occasions I have tried to hire people of color and each time they were found to be not suitable for hire by my supervisor David Verheggen. I have visited every store from Pueblo to Denver Colorado, not finding 1 Afro American working for Flextronics Corporation.

The person they are mentioning I tried to hire where they claim I violated their ethics violation his name is Mr. Dale Little, who is my wife's ex-husbands child, who stays in contact with my wife, and he had asked me if I could help him find employment. This person is in no way related to my wife or me, but by association of marriage only.

I stated to him that my area is in need of good workers and that I would be happy for him to come to work for my company. He came down and I began to help him in his pursuit to work for our company. I assisted him in preparing a resume with my address listed on his resume. He had asked if he could stay with us until he was able to get on his feet. I agreed and he began his process in applying for employment.

Flextronics would have you believe that I concealed his identity from them, and failed to mention he was related to me when this candidate was applying for employment with Flextronics.

**Fact:** The applicants resume had my address listed on it clearly showing that there was no intension of deceiving my company of anything with this applicant, and when I was asked why my address appeared on his resume I explained in detail to my boss David Verheggen the circumstances behind it. If there was a problem at that time, it was never mentioned to me. This person is not a relative of mine or of my wife, but from my wife's prior marriage of this person father, and he is willing to testify to that fact.

**Fact:** This person while going through the process of being hired was never hired therefore no violation of any ethics rules were violated. This person was being screened for hire only, and was never hired for employment with this company.

This company had no bases to terminate my employment based on there reasons given, I had not violated any ethic rules, nor have I ever been written up for any problems during my limited time in this position as territorial manager. I have been accused of many things by this company, but nothing substantiated by written warnings.

I feel that I was terminated based on my race being black, due to me bringing up allegations to Melissa Lightbody the HR Representative about the hiring practices of my supervisor David Verheggen, in our district area of not hiring people of color.

If an investigation was conducted of Flextronics hiring of Black people they would clearly see that they have not hired any since my being employed with them for my area alone to include the Pueblo, Colorado Springs, and Denver market area. Then after my departure, the same person I brought the complaint to about discrimination was promoted to Manager of the HR Department Melissa Lightbody.

This company acted irresponsibly in terminating my employment for what they say was my violating of there ethic rules, when in fact no violation took place due to no one being hired, and the person not being related to me. I contend that my termination was in part of my being an Afro American Male, who had brought allegations of this manager not hiring people of color, and Melissa Lightbody along with David Verheggen plotted against me to conceal the true facts behind my dismissal.
This concludes my STATEMENT...............................

# TABLE OF CONTENTS

**MESSAGE FROM THE CHIEF ETHICS OFFICER**

Message from the Chief Ethics Officer ................................................................. i

**INTRODUCTION**

Introduction ................................................................................................ 1

Compliance is Everyone's Business ................................................................. 2

    Reporting and Managing Suspected Violations ............................................. 3

    Notices to the Board of Directors ................................................................ 4

    General Standards of Conduct .................................................................... 4

    Applicable Laws ...................................................................................... 4

    Waivers ................................................................................................. 4

    Disciplinary Actions ................................................................................ 5

**I. BUSINESS CONDUCT: PROFESSIONAL WORK ENVIRONMENT**

Preventing Conflict of Interest ...................................................................... 6

    Corporate Opportunities ........................................................................... 6

    Corporate Loans ..................................................................................... 6

    Outside Directorships .............................................................................. 6

    Employment Outside of Solectron ............................................................... 7

    Benefiting Personally from Solectron Business ............................................... 7

    Working with Relatives ............................................................................ 8

    Gratuities from Third Parties ..................................................................... 9

    Gratuities to Third Parties ........................................................................ 9

    Holding Financial Interests in Other Business ............................................... 10

    Reporting Potential Conflicts ................................................................... 10

    Other Possible Conflicts of Interest ........................................................... 10

Promoting a Professional Work Environment ................................................... 11

    Equal Opportunity ................................................................................ 11

    Harassment ......................................................................................... 11

    Affirmative Action ................................................................................ 12

    Labor Law Compliance ........................................................................... 12

    Environmental Health and Safety .............................................................. 13

    Electronic Communications ...................................................................... 14

## I. BUSINESS CONDUCT: PROFESSIONAL WORK ENVIRONMENT

**Working with Relatives**

As a general rule, you should avoid conducting company business with a relative or significant other, or with a business in which a relative or significant other is associated in any significant role.

If such a related party transaction is unavoidable, you must fully disclose the nature of the related party transaction to your manager. If the relationship is determined to be material by your manager, the question should be reviewed by the Solectron's Ethics Office and approved in writing in advance of such related party transactions. Any dealings with a related party must be conducted in such a way that no preferential treatment is given.

Solectron ~~the employment of relatives and significant other~~ ~~with~~ that have a financial dependence or influence. The purpose of this policy is to prevent the organizational impairment and conflicts that are a likely outcome of the employment of relatives or significant others, especially in a supervisor/subordinate relationship. ~~question arises about whether a relationship is covered by this policy. Human Resources~~ ~~is responsible for determining whether an applicant's or transferee's acknowledged relationship is covered by this policy.~~

Human Resources will advise all affected applicants and transferees of this policy. Willful withholding of information regarding a prohibited relationship/reporting arrangement may be subject to corrective action, up to and including termination. If a prohibited relationship exists or develops between two associates, the associate in the senior position must bring this to the attention of his/her supervisor. Solectron can separate individuals at the earliest possible time, either by reassignment or by termination.

# FACTS CONCERNING MY DISCHARGE

I came to Colorado Springs for this job after being interviewed as a candidate for Territorial Manager. This interview was conducted by, David Verhaggen, my previous supervisor, and Marty Levine, Director of Operations. Mr. Levine was responsible for my hire, and after being on the job for 2 months he was later fired.

The allegations of me hiring a relative of my wife is not true, this person they are making claims that I hired, his name is Dale Little. Dale is my wife's Ex-husbands son from a prior marriage, and is not related to my wife. This person contacted me and asked me if I could help him find employment. I told him if he wanted to come to Colorado that I would help him. He did and I kept my promise in submitting his application to my boss, David Verhaggen. On this application he listed my home address and it appeared on his resume.

This person was never hired by me nor did he get passed his first phone interview before I was being questioned by David Verhaggen if this person was a relative of mine. I have consistently responded by telling him he was not, and the reason behind it. This company would have you believe that since I have been a Manager for their company, that I violated their rules, and caused issues with management. When in fact this company fired me from reporting weeks before this issue came up to Mellissa Light body, that I felt my Manager was passing up qualified candidates of Color I would present to him for consideration for hire, and went with less qualified White and other groups of people he hired instead.

Out of my years of being with Flextronics Corporation, I have never had any complaints against me from anyone, and I would have never gotten this job for this position if I have ever had any bad report from this company. I was hired for this position after going through extensive interviews and selections.

I can and will provide the full report to you concerning this matter upon our interview.

Thank you,

# Damages Sustained

# Due to this Termination

Randolph V. Brown Sr
1600 Montclair Street
Arlington, Tx 76015
(719) 231-1284 Cell
(682) 323-5681 Home

VERSUS

Flextronics Corporation

Since July 31, 2008 when I was terminated by my employer Flextronics, my family and I have lost the following.

1. Our home in Arlington, Texas when we gave it up to move to Colorado, we lost $10.000.00 Earnest money by not purchasing the property on the lease option to buy program.
2. My wife quit her job for us to make this move to Colorado, and her losing an income of $15.85 an hour, plus benefits.
3. We paid over $6,500.00 to move our proccesions to Colorado from Texas.
4. We purchased another property with option to buy that we lost due to my being terminated, and our deposit of $15.000.00 down.
5. All of our bills we have not been able to pay due to my termination leaving us owing over $68,000.00 dollars in dept in lawsuits, and creditors owing.
6. The Lost of Income for me since July 31st 2008, of $38,000.00 a year to present in March 10, 2010. A grand total so far of, $76,000.00.
7. My wife's lost income of $15.85 x 8 hours a day, x 40 hours a week = $2,536.00 a month in lost wages due to us having to move to Colorado from Texas. A yearly total of $30,432.00.
8. Pain and Suffering in these past years of $200.000.00.

We feel that this company owes us for $600.000.00 dollars for their wrongful termination of my employment with them.

ITem #7
1 oF 40

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
  **To:** my15wonders@aol.com
**Subject:** FW: Welcome Randolph Brown
  **Date:** Thu, Jul 31, 2008 1:31 pm

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLE᙭TRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution
oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

> **From:** David Verheggen [                              ]
> **Sent:** Friday, April 11, 2008 5:37 PM
> **To:** Traci Harwood;                              ;                              ; Elizabeth Kay ; Levine,
> Marty; Elliott, Kristy; Corinne Brokaw; Lightbody, Melissa; Kasper, Gregg; Swope, Heather; Andersen, David; Eaton,
> David; Porter, Robert; Andrew Schmalz; Bowman, Rex; Shriver, Helena; Jamalalldeen, Jehad; Shepherd, Kevin; Williams,
> Joel; Negron, Felipe; Martinez, Gloria; Culpepper, Bobby; Wort, Eric; Randolph Brown; Egeberg, Stephanie
> **Subject:** Welcome Randolph Brown
>
> All,
> I'd like to take this opportunity to welcome Randolph (Randy) Brown to the Mountain East management team.  Randy has
> taken over ATL duties in the West Denver area from Joel Williams.  Randy comes from the Central Texas market and has
> been with Solectron/Flextronics for over two years.  He has a background in management and supervision in both private
> and not-for-profit sectors.  Notably, Randy was a catastrophe supervisor in the 9/11 clean-up in New York City.
>
> Randy can be reached by phone at 303-514-7697 or by e-mail at
>
> Sincerely,
>
> **David Verheggen**
> Regional Manager CO & WY
> Retail Technical Services
>
> **FLE᙭TRONICS**
>
> 5619 DTC Parkway #450
> Greenwood Village, CO 80111
> Mobile: 303-514-4308
> E-mail: David.Verheggen@flextronics.com
> *Creating value that increases customer competitiveness*
>
> ~ High Performance Culture ~
>
> Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution
> oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

Item # 7
1 of

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Facelift (Important Please Read)
**Date:** Thu, Jul 31, 2008 2:10 pm

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLEXTRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail  Randolph.Brown@flextronics.com
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

**From:** Randolph Brown
**Sent:** Friday, May 16, 2008 10:44 AM
**To:** '(April.DeDios@VerizonWireless.com)'; '(Gabrielle.Aludo@VerizonWireless.com)';
'(Jennifer.Blew@VerizonWireless.com)'; '(Julie.Bliss@VerizonWireless.com)';
'(Kristin.Dyche@VerizonWireless.com)'; '(Larry.Harper@VerizonWireless.com)';
'(Lauren.Rivers@VerizonWireless.com)'; '(Robert.Scott@VerizonWireless.com)';
'(Tamara.Gamble@VerizonWireless.com)'; '(Yolanda.Gonzalez1@VerizonWireless.com)';
'Alexander.Gagliardi@VerizonWireless.com'; 'candice.Serra'; 'Gero Inouye '; 'Gloria Martinez '; 'Kelly Castillo ';
'Neal Gilliana (Neal.Gilliana@verizonwireless.com)'; 'Robert Ragatz (robert.ragatz@verizonwireless.com)'; 'sabrina
Dow'; 'Tiffany Pless (Tiffany.Pless@VerizonWireless.com)'
**Subject:** Facelift (Important Please Read)

## Team

Here is some important information you need to know please read this, and know it you will be quizzed on it.

P.S.  Please do not forget about the meeting this Sunday at corporate, the address and time is?

## 5619 DTC Parkway
## Greenwood Village, Co 80111

**Time:**        **7:00 P.M. To 9:00 P.M.**

We will be serving food and Drinks

**Again I am asking each of you to respond to me by email that you are in**

**receipt of this email today**.

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLEXTRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail   Randolph.Brown@flextronics.com
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

 

**Topics**

**Weekend Beginning 5/16/2008**

### Save

## My Account is Getting a Facelift!!

**My Account has changed its name to My Verizon. This is not simply a**
**name change; it is change in functionality that will make like easier for**
**your customers!**

**What's Changing**
- ✓   New, easy to use navigation
- ✓   Access to other Verizon services (landline, etc)

Promote the new My Verizon design and sign your customers up by collecting
their current email address while they are in the store! Do not forget the My
Verizon SPIFF is running through 5/31! Take advantage of the last few weeks to
sign customers up for the new My Verizon and Backup Assistant and make $$!

**Customer Benefits**
- ✓   Free Backup Assistant
- ✓   Referral Program
- ✓   Annual Upgrade
- ✓   Minute Check
- ✓   Rebate Center
- ✓   Content Filtering

These benefits will create a more positive experience for your customers! Create
more promoters today by signing your customers up!

### Sell

## BBA Qualification Tool
## Sell the Right BBA Plan the First Time

**Make your customer a promoter of Verizon Wireless by activating them on the proper BBA plan the first time. Use the BBA Qualification Tool with all customers.**

### Did You Know?
- ✓ 47% of our customers on the 50MB plan are exceeding their monthly allowance
- ✓ 6% of our customers on the 5GB plan our exceeding their monthly allowance
- ✓ Overage charges average between $600 - $700 on the 50MB plan
- ✓ Overage charges average $2500 on the 5GB plan

### Three Key Goals of the BBA Tool
- ✓ Properly qualify and activate customers on the correct plan
- ✓ Educate customers on how many MBs can be used by simple applications and how to check MB usage during the month
- ✓ Customer Disclosures that should be read to customers qualifying for the 50MB Plan, 5GB Plan, including those that are deemed "heavy users" with the potential to exceed 5GB in a month

### BBA Qualification Tool Link
http://infomanagerdoc.ddc.vzwcorp.com/CMS_Docs/West/products/BBA/BBA_Qualifications_Placemat.pdf

**Confidentiality Statement:** Verizon Wireless training materials, information and preparations for launching any specific product are confidential and for internal use only.

The information contained in this message and any attachment may be proprietary, confidential, and privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Things I need for our Meeting
**Date:** Thu, Jul 31, 2008 2:10 pm

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLEXTRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail  Randolph.Brown@flextronics.com
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Randolph Brown [mailto:Randolph.Brown@flextronics.com]
**Sent:** Tuesday, April 01, 2008 4:31 PM
**To:** Yolanda.Gonzalez1@VerizonWireless.com; Kelly Castillo
**Cc:** Randolph Brown
**Subject:** Things I need for our Meeting

I need to know the following:  What Stores do you all manage?  What responsibilities do you do for each store?
Do you have anyone from any of the stores who help you?  If so what assignments have you gave them?
Do you all know how to do the following.  * Peak-KPI Report-Referrals-30 day.  Please make sure that you let me
know this week when we can get together to discuss this, but send the reply back to me now.  These are things
we are going to work on so begin to think of ideas on who we can delegate things too.

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLEXTRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail  Randolph.Brown@flextronics.com
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Incident Report
**Date:** Thu, Jul 31, 2008 12:50 pm
**Attachments:** Incident_Report.doc (26K)

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
# FLEXTRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail   Randolph.Brown@flextronics.com
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Randolph Brown [mailto:Randolph.Brown@flextronics.com]
**Sent:** Tuesday, April 22, 2008 1:05 PM
**To:** Verheggen, David; Randolph Brown
**Subject:** Incident Report

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
# FLEXTRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail   Randolph.Brown@flextronics.com

# *Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

# Incident Report

Ref:      Kelly Castillo (Team Lead)
Sunday:   April 13, 2008

On Sunday April 13, 2008 on the conference call, I had just finished role call and began in on my weekly agenda. I began the conference call speaking about NPS and how our stores were not meeting the numbers we needed, and then I asked my Team Lead Kelly Castillo what she felt might be some reasons for this happening, and what kind of solution we can implement to rectify the issue.

**Kelly's Comment:**   She stated that a lot of the problems in the stores can be contributed to me the ATL, when I talk to the team I am always negative and criticizing the team, and never saying anything positive at the beginning of my meetings. She also said that many technicians have called her with issues about this and me, and I need to start being more encouraging when I speak with the team.

**My Comments:**   I rebottled stating that, yes there are times that I began speaking about our issues we face as a team in the stores where we are not doing good, but I do this so the team knows where we are, and where we need to go. I explained that I am a different manager from the manager they previously had, and my tactics are different, but in no way do I single out anyone of my technicians, because we all suffer when our area suffers.

I felt that Kelly my Team Lead set me up for failure by this statement she made to the team on Sunday, putting me in a position of defending my self, whether than helping this team deal with issues this area is facing as a whole. She set in president me versus the team, and in order for the team to do well, I need to change to fit what there looking for in a manager. It was un-becoming of a team lead to address her manager in this manner in which she did, in front of the team. This to me was a deliberate attempt by Kelly to undermine me as her manager, and causing the team as a whole to respond in a negative way creating a mutiny.

When I was able to defuse this situation and ended the conference call, I had Kelly and Yolanda stay on the line following the conference call. I then asked Kelly why she made that statement to the team and she replied.

**Kelly's Comment:**   She stated that I do begin my calls speaking of things that are negative, and she has a problem with that, and others of the team as well.

**My Comment:**   I stated to her that I always begin my calls like that, and if she had a problem with that she could have brought it to my attention without making or seeming it to be the cause for why the team is not performing the way they should. I also said that I did not appreciate her putting me under the bus, especially with her being a

Team Lead, going up against her manager, in view of the entire team, causing mutiny within the team. I told her it was very unprofessional and un caused for, and if she felt that way then maybe this is the wrong type of job for her.

**Kelly's Comment:**     She replied is this a threat.

**My Comment:**     I said no, but if she feels this way about her manager, and does not know how to properly present her problems she has with me or anyone else without involving the whole team, then maybe you're in the wrong type of business.  I also stated if she is stressed about her job or things she is doing, she needs to bring this to my attention and not allowing it to affect the team due to her displeasures.

**Kelly's Comment:**     She replied that she felt I had her doing to much work, handling more than 2 stores, and that wads worth is her priority before anything else she does, and that she will need to get with Yolanda and discuss with her what we will or will not do for me.

**My Comment:**     I replied to her what do you mean by this.

**Kelly's Comment:**     She replied that some of the jobs she has been given by me to her are something she should not have to do, because it takes away from things she does in the store.

**My Comments:**     I explained to her that sounds a lot like insubordination, because when someone has an issue with what they are being told to do, they bring it to the person giving the assignments, and not addressing it in the manner you are choosing to address it.

I feel since my taking over this area, that Kelly has always been fighting me on every issue, and continue to make the statement that other technician calls her about me in a negative way, and never has she tried to support me in any thing that I have attempted to do without her having an issue with it.  My view of a manager is to support the person in charge, and help him or her with their transition helping them have great rapport with others, which starts with them.

Kelly has not supported me as her manager, and has made my Job more of an issue by her statements she makes to her techs concerning me and to the team when we are on conference calls.

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Market Review Report
**Date:** Thu, Jul 31, 2008 12:59 pm
**Attachments:** 2008_Flextronics_Market_Review_ATL_Version.ppt (609K)


**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
# FLE⟩ TRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Brown, Randolph
**Sent:** Wednesday, April 23, 2008 11:39 PM
**To:** 'David Verheggen'; '                                    ';'                           '
**Cc:** 'Randolph Brown'
**Subject:** Market Review Report


**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
# FLE⟩ TRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
# *Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best



# Flextronics Q1 2008 Market Review
# Randolph V. Brown Sr
# West Denver

**May 1, 2008**

Don't Forget
Alex Head Count
Total 18

Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# 2007 Q1 Initiatives Recap

- Growth: *Partnering with Sales ops and Managers to help identify new opportunities for growth.*

- Revenue
  - Data *Using "shadow" strategy to gain additional revenue.*
  - Accessories Same as Above

- Customer Experience
  - NPS *Daily reporting on customer/survey promoted*

- Attrition and Staffing: Partnering for performance.



Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# Growth - Referrals

Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

*verizon*wireless

## Referrals: Q1 2008



■ Arvada  ■ Aspen  ■ Colo Mills  ■ Wadsworth
■ Lakewood  ■ Sheridan  ■ Target

5 Per Tech

## Market Average: Q1 2008



■ West Denver  ■ Region Average  ■ Target

6 Per Tech

| Referrals | | |
|---|---|---|
| 1. -Daily Reminders by Emails. (Launched 4/8)<br>2. -Implementation of Super Pearl Campaign (. Launched 4/21)<br>3. -Long Term Training (Launched 4/8) | 10 per Tech/month | 5.61 Referral Per Tech<br>11.22 Referral per Tech Trend |



# Revenue - Data

## Data Units per Tech: Q1 2008



Legend:
- ■ Arvada
- ■ Lakewood
- ■ Aspen
- ■ Sheridan
- □ Colo Mills
- ■ Target
- ■ Wadsworth

5 P Tech

## Data Units per Tech: Q1 YOY



Legend:
- ■ Joel William 2007
- □ Joel / Randy 2008
- ■ Region 2008
- ■ Target

4 P-Tech

| Data per | FTE | |
|---|---|---|
| 1. | - Data Knowledge VZ-Learn Launch 3/24 | 10 Data per tech |
| 2. | - VZ-Nav Contest | • 1.44 Data Per Tech |
| 3. | - Future Training | • 2.88 Trending towards |





Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# Revenue - Accessories

Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.



## Accessory Revenue per Tech: Q1 2008

Legend: ■ Arvada ■ Aspen □ Colo Mills ■ Wadsworth ■ Lakewood ■ Sheridan ■ Target

Y-axis: $800, $1,300, $1,800, $2,300, $2,800

X-axis: Jan, Feb, March

2,222$

## Accessory Revenue per Tech : Q1 YOY

Legend: ■ Joel William 2007 □ Joel / Randy 2008 ■ Region 2008 ■ Target

Y-axis: $1,300, $1,800, $2,300, $2,800, $3,300

X-axis: Jan, Feb, March

2,423$

| Accessory Revenue per FTE | 1. - Daily Tracking Numbers & Encouraging Launched 4/08 | $2500 per tech | $680 Per Tech |
| | 2. - Customers Overall Needs | | $1360 Trending |
| | 3. - Contest Present & Future | | |



5

# Customer Experience - NPS



## Store: Q1 2008



Legend:
- Arvada
- Lakewood
- Aspen
- Sheridan
- Colo Mills
- Target
- Wadsworth

*NPS 23%*

## ATL Market: Q1 2008



Legend:
- Joel Williams
- Region
- Target

*Region 20%*

| NPS | | |
|---|---|---|
| 1. - Daily Email Reminders launched 4/08 | 29% | 2.2 NPS |
| 2. - Techs Mannerism & Urgency to customer | | |
| 3. - Follow-up | | |

Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# FRU Metrics



## FRU NTF: Q1 2008

NTF 26%

- ■ Arvada
- ■ Aspen
- □ Colo Mills
- ■ Wadsworth
- ■ Lakewood
- ■ Sheridan
- ■ Target

## FRU FEE: Q1 2008

FruFee 93%

- ■ Arvada
- ■ Aspen
- □ Colo Mills
- ■ Wadsworth
- ■ Lakewood
- ■ Sheridan
- ■ Target





| NTF/Fru Fee | 1.- Customers Daily Call Back Log Launch 3/24<br>2.- Knowing All Options for Customer<br>3.- Present & Future Training | NTF–25%<br>FruFee –<br>90% |
|---|---|---|

Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# Attrition and Staffing

## Attrition: 2007 vs. 2008 YOY



- ■ Joel / William 2007
- □ Joel / Randy 2008

## Current Staffing for ATL Market

- Approved Headcount = 18
- Hired Headcount = 17
- In-Store Headcount = 15

| Attrition | 1. - Acknowledging Techs Performance Launch 3/24<br>2. - Present & Future Training<br>3. - Growth Opportunity Techs | 3% month | 0 Percent Attrition to Date |
|---|---|---|---|



Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

TL Accountability:

Action

Knowing what Problems in our store

NPS

Data

CustService

Presentation: Either know or dont know

# Summary

- Growth: Communicating Customers Needs

- Revenue:
  - Data: Knowledge is Power
  - Accessories: The Little Things.

- Customer Experience
  - NPS: Technicians Logo Never leave a customer standing

- Attrition and Staffing: Encouraging, Promoting.



Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

Help them for what they came in for

Offer them a Great deal

Tell them what we're famous for & help position
nps closing Statement

Perry OverSght

Real Time Coaching

Term Goal

V2W Learn > Great Tool

Software Call Back log

PDA Training
V2 New - Gas Finder

KPI Set Reporting Techs Know when - They are
Taking Notes - Follow up Action Plan
Slides error -
Monthly Recognition Call > Date
HOT is a Culture

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Yolanda and Kelly
**Date:** Thu, Jul 31, 2008 12:49 pm
**Attachments:** Yolanda_Gonzalez.doc (23K), Kelly_Castillo__File.doc (45K)


**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
# FLEXTRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail  Randolph.Brown@flextronics.com
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Randolph Brown
**Sent:** Friday, May 16, 2008 11:18 AM
**To:** David Verheggen
**Subject:** Yolanda and Kelly

David

Attached to this email you will find a report on Yolanda, and Kelly, on how it's come to the point
where I feel I can no longer include them on my mission in helping me grow my area of
responsibility.

I feel like for every 5 steps I take getting up the stairs that these 2 individuals cause me to lose
4 steps.  Each of them is fighting me on every level as it relates to my ability to move this west
Denver area.

Things such as:      Being very argumentive and Disrespectful.
                     Complaining about everything I bring to the table instead of helping me
come up with idea's to help our stores.
                     Not helping me implement things that I put out for all techs to use.

 The list continues to grow because nothing is being done.  I can do bad all by my self without
having 2 people not on the same train with me.  I am asking that you allow me to write them
up, and get behind me on this I have cried out long enough about these 2 and nothing as of yet
has been done to resolve this issue.


**Thanks,**
**Randy Brown**
Area Team Lead W. Denver

Retail Technical Services
# FLEXTRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile  303-514-7697
E-mail  Randolph.Brown@flextronics.com
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

# Wadsworth Store

# Kelly Castillo File



Incident Report.doc

**On May 15, 2008**, I texted Kelly in order to explain to her that I emailed a new board that I wanted all technicians to begin using. Instead of her texting me back acknowledging receipt of this and doing as I asked she made an inappropriate statement back to me as follows.

Kelly: Don't understand why? U get the same info with the whiteboard. But u will get it and my crew.

**On May 15, 2008**, Perry made a surprise visit to the Wadsworth store, and finding the white board incomplete at least a week from being updated by anyone. And Kristen Dyche was not wearing a name tag and stated she had been like that for weeks. When I asked Kelly about this she stated.

Kelly: Yes I knew about this and I will get the board updated today, and the nametags I just didn't think to get any.

**On May 15, 2008**, I had texted Kelly about sending out a message to all techs concerning possible visits to the store, and to email all the technicians that they may have a guest coming by and to be prepared. My email was down due to migration and I was unable to do this, Kelly felled to reply me back, and thus not sending this information out that I requested of her.

I have listed below things about Kelly I feel she is in violations of, and continue to do these things more as time goes by because no action has been taken against her.

1. Kelly fails to administer to her team directions I have given her to give to the team and fails to instruct them on how I want it done.
   A. Setting up Training for the technicians.
   B. Not responding to emails I send her instructing her and the technicians on things I want done.
   C. Making inappropriate comments to me when she is asked to do something.
2. Kelly fails as a leader in keeping her technicians in her store abreast of changes I have given her, or sent to all technicians in enforcing them. Such as.
   A. 5/8/08 I sent her an email instructing her and Yolanda to work with Julie Bliss from mills, April from aspen, and Alex in Arvada in

everyone working together in keeping track of the white boards, software upgrades call back log, sending up the 30 day report and referral sheet, and the daily store check sheet making sure they are being done daily. This was asked of them so we have a person from each store who can be accountable in making sure things are being done at these store levels, and providing and getting important information from each tech on why the numbers are not being achieved to the standards we are shooting for.

    B. Recent text I sent out to her in regards to her alerting our techs about possible store visits, which was never sent out to any technicians.

3. Kelly fails as a leader to work with her manager in helping me to implement new programs, training, alerts to techs, putting out things sent to her for the team, without complaining, being insubordinate as it relates to how she is deflate in not doing what she is asked to do.

4. Kelly has deliberately not answered my calls to her when she sends me text in response to what I send her, in explaining her actions. And continues to not listen to me in any directives I have given to her unless I beg her to do this.

# Yolanda Gonzalez

Yolanda in the past and continues to this day has challenge things that I have tried to do for our technicians, and our area as a hold. I get nothing but resistant's on her part and receive the following each time from Yolanda listed below.

    A. **Insubordinate behavior:** On many occasions Yolanda has challenge my authority by questioning how I want things to run in the stores. I am very open to anyone when it comes to them needing understanding to what I am asking of them, but Yolanda takes it to another level by telling me what she thinks would not work, and get angry when I don't see it her way.

    Then she will contact other ATL such as Stephanie to question her about what I had discussed with her instead of doing what I ask. Yolanda recently sent an employee home and told her not to come back that day due to her being dressed inappropriately, and never once bothered to call me as her manager in letting me know what was going on. I found out by the store manager.

    B. **Inappropriate Behavior:** Yolanda on many occasions have went off on me for asking her to implement things I needed to happen in the stores, and has called again to other ATL's, and the RM, to see if she is justified in not doing what I have asked of her to do. Here is a recent incident that took place listed below.

    A. I contacted Yolanda on 5/ 15/08, in asking her to get a hold of Kelly and for them to find a time when we can get together on Friday 5/16/08 to discuss the meeting coming up on Sunday 5/18/08. I texted this to her and her response to me was as follows.

(Yolanda)
    I thought we already discussed this we are just going to be at corporate early.
(Randy)
    Yolanda this is getting very old I have a business to run I only asked can we meet and there is nothing else to discuss. Let me know a good time that both of u can meet with me on Friday period.
(Yolanda)
    Ok so wat more do we need that we can't take of then. Then she stated I close and Kelly opens it won't be possible.

This conduct I am receiving from Yolanda, is hurting my ability to do my job, I am not able to ask anything of her without her going to someone questioning my every move, and limits my getting things done due to me having to battle with them in getting things I need done in the store. I spend more time arguing with them than actually getting anything accomplished.

Yolanda is very defiant, argumentum, to everything I try to do in helping my area grow; I can no longer alone run this area with Team Leads so defiant in what I do.

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** Emailing: Kelly Castillo Filed
**Date:** Wed, Jul 30, 2008 9:09 am
**Attachments:** Kelly_Castillo__File.doc (45K)


```
<<Kelly Castillo  File.doc>>
The message is ready to be sent with the following file or link
attachments:

Kelly Castillo  Filed


Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments.  Check your
e-mail security settings to determine how attachments are handled.
```

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Copy of Store Inspection June 7, 2008
**Date:** Thu, Jul 31, 2008 12:52 pm
**Attachments:** Aspen_Grove_Inspection.doc (22K)


**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
# FLE> TRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Randolph Brown
**Sent:** Saturday, June 07, 2008 4:29 PM
**To:** '                                         '; '                                       ';
'                                         '

**Subject:** Copy of Store Inspection June 7, 2008


**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
# FLE> TRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

Aspen Grove Inspection
June 7, 2008
Technicians Scheduled on Duty

April DeDios
Robert Scott
Tamara Gamble

Inspection conducted by: Randolph V. Brown Sr ATL / West Denver Area

# Area's inspected

**White Board on Wall:** The white board was blank did not have any information on it concerning the technician's daily numbers. It is requested that all Technicians in this store remember to update the white board daily.

**Fru Phones in Store:** The fru phones in the store have not been tested since 4/15/08. Each technician needs to make sure daily that the fru phones are being tested from this point out. All fru phones need to be completed no later than June 12, 2008.

**Tech Area:** The technician's area was clear of debris, yet it still can use some improvement where the cell brite machines are stored. Please keep unnecessary objects off the table, and from around your work areas.

**Tech log sheets:** The log sheets such as the daily log sheet needs to be done consistently every day, where those who are scheduled morning, mid, or night shifts must have checked off on the daily to do list with there name or initials on the log. The Fru Software Call Back Log, I could not find, please get a binder for this log sheet, and begin using it. I will be looking for this log sheet, and the customers information of those you all have serviced.

**Phones on Floor:** The phones on the sales floor were clear and looked presentable, continue this daily, and remember when you have time to get to know the phones and PDA's on the floor.

This concludes the 1st of many more inspections to come, I will be coming in to get with each technician looking to see how they present them selves to customers, handle customers issues, offering of products and goods, and closing making sure we let our customers know about the survey call and if we as technicians have made sure to ask the customer if we have satisfied them in every way, and on the scale from 1 to 10, 10 being the best, how would you rate me. If the customers say 8 or less, you need to respond by saying what can I do to get a 10 from you today.

Thanks Randy Brown

Noitfication To
Randy Brown That Larry is Quitting

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Set up Interviews
**Date:** Thu, Jul 31, 2008 2:08 pm


**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
# FLE> TRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Randolph Brown
**Sent:** Sunday, May 25, 2008 11:45 PM
**To:** Melissa Lightbody
**Subject:** RE: Set up Interviews

Thanks Melissa, but I have no idea what reg click start is.  Please email me with instructions

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
# FLE> TRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Melissa Lightbody
**Sent:** Sunday, May 25, 2008 8:17 PM
**To:** Randolph Brown; David Verheggen
**Cc:** Charlene Givens; Gwen Pearce
**Subject:** RE: Set up Interviews

Thanks
Melissa Lightbody
West Regional Recruiter
Retail Technical Services
## FLE⟩ TRONICS
5619 DTC Parkway  Suite 450
Greenwood Village, CO  80111

Mobile:  303-242-4367
Fax:      303-484-7521
Email:   Melissa.Lightbody@flextronics.com
*Creating value that increases customer competitiveness*

**From:** Randolph Brown
**Sent:** Saturday, May 24, 2008 10:52 AM
**To:** Melissa Lightbody; David Verheggen
**Subject:** Set up Interviews

Hi
Mellissa as you can see larry has given me his notification to leave. I need to begin finding someone to replace him ASAP.  Please let me know when this you can begin this process.

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
## FLE⟩ TRONICS
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

**From:**                                      [                                              ]
**Sent:** Saturday, May 24, 2008 10:24 AM
**To:** Randolph Brown
**Cc:**
**Subject:**

Dear Randy:

Be advised that this is notification of my resignation from Flextronics as of June 7, 2008.

Larry Harper
Thank you for your attention to this matter

The information contained in this message and any attachment may be
proprietary, confidential, and privileged or subject to the work
product doctrine and thus protected from disclosure.  If the reader
of this message is not the intended recipient, or an employee or
agent responsible for delivering this message to the intended
recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited.
If you have received this communication in error, please notify me
immediately by replying to this message and deleting it and all
copies and backups thereof.  Thank you.

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Inspection of store June 2008
**Date:** Thu, Jul 31, 2008 12:48 pm


**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services

# FLE⟩ TRONICS

5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*


~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

**From:** Randolph Brown
**Sent:** Saturday, June 07, 2008 12:59 PM
**To:** '                              '; Randolph Brown
**Subject:** Inspection of store June 2008

6/07/2008 Discussed with Julie concerning the following issues dealing with the store.

1. White Board in store not properly updated.
2. White Boards sent to me not reflecting each techs accurate numbers.
3. What types of Software upgrades that should be done?
4. Fru phones that have not been tested for the month of June 2008.
5. Having both techs name on the software call back log, and properly filled out.

**Overall Julie has and continue to perform her job to my satisfaction.**

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services

# FLE⟩ TRONICS

5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*


~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Hello
**Date:** Thu, Jul 31, 2008 1:29 pm

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLE⟩ TRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

**From:** Brown, Randolph
**Sent:** Monday, May 12, 2008 10:03 AM
**To:** '                                                       '
**Subject:** RE: Hello

Jennifer

Although I make great strives to inform others when changes occur. I sometimes fall short of making all of my rounds in informing others when changes have been made. In your case I dropped the ball, hopefully you can understand the many things a manager goes through which causes us from time to time to miss things, I trust as you grow with this company you will find yourself if you are fortunate to get into management, that things do happen and you are human and have the tendency to forget things. So please be understanding of others I assure you I did not do this intentionally.

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLE⟩ TRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

**From:**                                    [                                    ]
**Sent:** Saturday, May 10, 2008 9:55 AM
**To:**

**Subject:** Hello

I showed up for my training with Felipe on Thursday, waited for him to show up for over half an hour, I called him before I left, he told me that he had to go out of town and that he had updated you with this information. My one question is why was I not informed about this change so I did not have to waste my gas to come to the store and sit around for over 30 mins because the email said to show up 15 minutes before the training started. I was upset about my personal time being used as per I had other responsibilities on my day off. If you could please email/ text me in the future for last minute changes and if I can have compensation for my time and gas.

Thank you,
    Jennifer Blew

The information contained in this message and any attachment may be
proprietary, confidential, and privileged or subject to the work
product doctrine and thus protected from disclosure.  If the reader
of this message is not the intended recipient, or an employee or
agent responsible for delivering this message to the intended
recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited.
If you have received this communication in error, please notify me
immediately by replying to this message and deleting it and all
copies and backups thereof.  Thank you.

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Resume
**Date:** Thu, Jul 31, 2008 1:05 pm
**Attachments:** Dale_Littles_Resumes.doc (22K)


**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLEXTRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail  Randolph.Brown@flextronics.com
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution
oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

**From:** Randolph Brown
**Sent:** Sunday, June 08, 2008 7:57 AM
**To:** Melissa Lightbody; David Verheggen
**Subject:** FW: Resume

David and Melissa

This person is who I would like to hire for the position over in Arvada in place of Larry leaving.  I have interviewed him
and ready to move forward.

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLEX TRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution
oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

**From:**                                    [                    ]
**Sent:** Sunday, June 08, 2008 7:52 AM
**To:** Randolph Brown
**Subject:** Resume


Get trade secrets for amazing burgers.

**Dale Littles JR.**
**6921 Millbrook Circle**
**Fountain, Colorado, 80817**
**719-355-5013 Cell**
**Dale.littles@yahoo.com**

# Professional Experience

Seeking a position with an establishment were I can bring my experience and that will allow me to grow within in all fields of Management Training, Sales, and Customer Service. You will find that I am a hard worker very organized willing to work hard to build a long term reliable relationship with the your company.

**Currently Employed: Ricky's BBQ**          **From 12/07 To Present**

**Product development/Press Operator / Sales**          **FROM: 11/2005 to 12/2007**
**Fort worth screen printing 200 E. Carroll Street, Fort Worth, TX**          817-366-7777
In charge of product development, operating press machines, training new incoming employees. Testing machines, handling concern of customers and any problems they have.

**Training manager/Sales/ Inventor/ Customer care**          **FROM: 11/2002 TO 6/2005**
**7-ELEVEN 2112 Horne Street, Fort Worth, TX**
Responsible for the hiring new employees and training employees on sales and inventor, ordering inventor and supplies for stores and in charge of taking care of the needs of customers in and out the company. Making sure the new promotion and advertisement go out on a month-to-month bases to insure sales come in.

**Sales/Cook**          **FROM: 5/2000 To 2/2002**
**Chick fi la Ridgmar Mall Fort Worth, TX**
In charge of saleing product to consumers, overseeing daily sales of product in the restaurant, the freshness of the inventory bi-weekly. Cooking product and making sure that it get out in a timely schedule. Training new sales associates and cooks at other stores.

**Education:** Graduated O.D. Wyatt, Fort Worth, TX, and attended ITT Tech Arlington, Tx. Experience in Computer Aid and Drafting, 3D graphics, Windows, Microsoft words, Microsoft excel, and Microsoft power point.

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Background Report & Sign Up Sheet
**Date:** Thu, Jul 31, 2008 2:07 pm

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLE> TRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Randolph Brown
**Sent:** Wednesday, June 18, 2008 12:52 PM
**To:** David Verheggen
**Subject:** RE: Background Report & Sign Up Sheet

Were working on that now

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLE> TRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** David Verheggen
**Sent:** Wednesday, June 18, 2008 12:35 PM
**To:** Randolph Brown
**Subject:** FW: Background Report & Sign Up Sheet

**From:** Corinne Brokaw
**Sent:** Wednesday, June 18, 2008 11:43 AM
**To:** Andrew Schmalz; Barbara Vaught; Bobby Culpepper; Cameron Oaten; Chris Sparke; David Eaton; David Verheggen; Donald Quinn; Eric Wort; Gregg Kasper; Heather Swope; Hector Mercado; Howard Howells; Jacob Maier; Jehad Jamalalldeen; Johanna Yazzie; Joshua Shawhan; Keaton Romero; Kevin Shepherd; Michael Rector; Mike Brown (NOT); Randolph Brown; Rex Bowman; Robert Porter; Ruben Ruiz; Stephanie Egeberg; Tony Marsh; Victor Sheifer; Yoshiharu Rombough; Blair Brown; David Karsten; Deanna Becker; Jodi Armstrong; Marcus Slaughter; Melissa Lightbody
**Subject:** Background Report & Sign Up Sheet

Today's updates.

Thanks,

**Corinne Brokaw**
Operations Coordinator WEST 02
Retail Technical Services
**FLE> TRONICS**
5619 S. DTC Parkway, Suite 450
Greenwood Village, CO  80111
Mobile: 303.241.3237
E-Fax:  303.265.9326
E-Mail:

**From:** Randolph Brown <Randolph.Brown@flextronics.com>
**To:** my15wonders@aol.com
**Subject:** FW: Revised Request for time off
**Date:** Thu, Jul 31, 2008 2:07 pm

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLE> TRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Randolph Brown
**Sent:** Friday, June 13, 2008 12:16 PM
**To:** David Verheggen; Randolph Brown
**Subject:** FW:Revised Request for time off

Hey David you approved me for June 26th to July 1st but I need until July 2nd that Wednesday

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services
**FLE> TRONICS**
5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be
solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look
your best

**From:** Verheggen, David
**Sent:** Wednesday, April 09, 2008 6:33 AM
**To:** Brown, Randolph
**Subject:** RE: Request for time off

**From:** Brown, Randolph
**Sent:** Friday, April 04, 2008 11:24 AM

**To:** Verheggen, David;
**Subject:** Request for time off

David I am needing to take June 26th, Friday and June 30th Monday off, to attend my family reunion in Texas, it is a 2 day event on June 27, 28, I will be gone that weekend and back on the 1st of July which is Tuesday. I forgot about it and was reminded by my family.

**Thanks,**
**Randy Brown**
Area Team Lead W. Denver
Retail Technical Services

# FLE❯TRONICS

5619 DTC Parkway Suite 450
Greenwood Village, CO 80111
Mobile   303-514-7697
E-mail
*Creating value that increases customer competitiveness*

~ High Performance Culture ~

Keep commitments / Foster respect / Be a team player / Continuously improve / Take responsibility for self / Be solution oriented / Perform with ethics and integrity / Be adaptable to change / Easy to do business with / Look your best

**From:** my15wonders@aol.com
**To:** My15wonders@aol.com
**Subject:** Fwd: My Appoligy
**Date:** Tue, Jul 29, 2008 6:47 pm
**Attachments:** David_Verheggan.doc (25K)

——Original Message——
From: my15wonders@aol.com
To: David.verheggen@flextronix.com
Sent: Tue, 29 Jul 2008 5:42 pm
Subject: My Appoligy

David

I trust you will read this, and please give it your consideration.  I am truely sorry for my poor judgement.

The Famous, the Infamous, the Lame - in your browser. Get the TMZ Toolbar Now!

The Famous, the Infamous, the Lame - in your browser. Get the TMZ Toolbar Now!

David

I am writing this letter because I know you felt like I do not have your best interest at heart. I know a lot of this issue with me is from your lack of trust in me due to my copying in your boss about the incident steaming from Kelly at the wads worth store.

I will be the first to say I am very sorry for allowing my self to be coached by Bobby Culpepper in copying that email I sent you, to your boss as well. If someone would have done me like that I probably would not want them on my team as well. I cannot put the entire blame on Bobby because I have a mind of my own; my intent was to have something done about Kelly, and her open insuborgnation towards me. I felt I could not do anything with that store as long as she was running it. I tried in various ways to let you know how this was affecting my ability to do my job, and I felt you did not care. I should have came by and spoke with you one on one, but I did not.

David I really enjoy my job and I made a very bad decision to go over your head in that incident, but rest assured that this will never happen again. I will learn how to go own my on instincts than that of another. I feel I have no friends or true Conrad to bring things to without them suggesting I do things that clearly sent the wrong message. If I am allowed to be back at work Id like very much to build with you a trusting relationship because I did not feel I had that with you or with any of the other managers. I trust me can write this one off as experience.