**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 5 2011

GREGORY C. LANGHAM
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01117-BNB

RANDOLPH V. BROWN, SR.,

    Plaintiff,

v.

FLEXTRONICS USA INC.,

    Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 15, 2011, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01117-BNB

Randolph V Brown Sr
1319 Columbine Crt
Arlington, TX 76013

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 15, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
        Deputy Clerk