IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01117-LTB-KLM

RANDOLPH S. BROWN, SR.,

    Plaintiff,

v.

FLEXTRONICS USA, INC.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -7 2011

GREGORY C. LANGHAM
                         CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

    This matter is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. Accordingly,

    IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint [Docket No. 8], summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant at the above addresses. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

    IT IS FURTHER **ORDERED** that Defendant shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on him.

    DATED: July 7, 2011 at Denver, Colorado.

                                                  BY THE COURT:

                                                  s/ Kristen L. Mix
                                                  Kristen L. Mix
                                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01117-LTB-KLM

Randolph S. Brown, Sr.
1606 Patio Terrace, #A
Arlington, TX 76010

US Marshal Service
Service Clerk
Service forms for: Flextronics USA, Inc.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Flextronics USA, Inc.: AMENDED COMPLAINT FILED 6/07/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/7/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk