IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01117-LTB-KLM

RANDOLPH S. BROWN, SR.,

   Plaintiff,

v.

FLEXTRONICS USA, INC.,

   Defendant.
_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court *sua sponte*.  Plaintiff initiated this lawsuit *pro se* on April 27, 2011 [#1].  Plaintiff was granted leave to proceed *in forma pauperis* on May 19, 2011 [#6].  The Court issued an order granting service by the United States Marshal on July 7, 2011 [#16].  On July 26, 2011, the summons was returned unexecuted, due to an incorrect address for Defendant [#17].  On November 8, 2011, Plaintiff submitted a Notice of Change of Address stating a new address for Defendant (and for Plaintiff) [#18].

   Pursuant to Rule 4(m), service of a summons and complaint must be completed within 120 days after the complaint is filed; however, the Court may extend the deadline in which service must be effected.  Accordingly,

   IT IS HEREBY **ORDERED** *sua sponte* that the deadline for completion of service pursuant to Fed. R. Civ. P. 4 is extended up to and including **July 16, 2012**.

   IT IS FURTHER **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant at the address identified in the Notice located at Docket No. 18.  If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint [Docket No. 8], summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant at the  address identified in the Notice located at Docket No. 18.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendant shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process is effected.

Dated: June 4, 2012

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge