IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01117-LTB-KLM

RANDOLPH S. BROWN, SR.,

    Plaintiff,

v.

FLEXTRONICS USA, INC.,

    Defendant.
_____

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Response [#24] to the Order to Show Cause issued July 11, 2012 [#22].  Plaintiff provides a second corrected address for Defendant in his Response.  *See* [#24].  The Court has confirmed the address on the Colorado Secretary of State's website.  *See St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169, 1172 (10th Cir. 1979) (the Court may take judicial notice of its own files and records, as well as of facts which are a matter of public record).

    IT IS HEREBY **ORDERED** that the obligation stated in the Order to Show Cause [#22] is **DISCHARGED**.

    Pursuant to Rule 4(m), service of a summons and complaint must be completed within 120 days after the complaint is filed; however, the Court may extend the deadline in which service must be effected.  Accordingly,

    IT IS FURTHER **ORDERED** *sua sponte* that the deadline for completion of service pursuant to Fed. R. Civ. P. 4 is extended up to and including **August 17, 2012**.

    IT IS FURTHER **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant at the following address:

Flextronics USA, Inc.
c/o The Corporation Company (registered agent)
1675 Broadway, Suite 1200
Denver, CO 80202

1

IT IS FURTHER **ORDERED** that, if the Clerk is unable to obtain a waiver of service, the United States Marshal shall serve a copy of the Amended Complaint [Docket No. 8], summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant at the above-identified address. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendant shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process is effected.

Dated: July 18, 2012

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge