IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01117-LTB-KLM

RANDOLPH V. BROWN, SR.,

    Plaintiff,

v.

FLEXTRONICS USA, INC.,

    Defendant.

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Defendant Flextronics America, LLC (incorrectly named as Flextronics USA, Inc.), by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement, and states as follows:

Flextronics America, LLC is a wholly owned subsidiary of Flextronics International, Ltd. No publicly-held company owns 10 percent or more of Flextronics International, Ltd.

Dated July 23, 2012

        *s/Joshua B. Kirkpatrick*
        Joshua B. Kirkpatrick
        Kalisha Salome Chorba
        LITTLER MENDELSON, P.C.
        A Professional Corporation
        1900 Sixteenth Street, Suite 800
        Denver, CO  80202
        Telephone:  303.629.6200

        ATTORNEYS FOR DEFENDANT
        FLEXTRONICS AMERICA, LLC,
        INCORRECTLY NAMED FLEXTRONICS
        USA, INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of July, 2012, a true and correct copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** was placed in the U.S. Mail, postage prepaid, addressed to the following:

Randolph V. Brown, Sr.
1600 Montclair St.
Arlington, TX 76015
Phone: 719-231-1284

        *s/Pat Bissonnette*
        Pat Bissonnette

Firmwide:113275110.1 014692.1139