IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01117-LTB-KLM

RANDOLPH V. BROWN, SR.,

    Plaintiff,

v.

FLEXTRONICS USA, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Conference Call** [Docket No. 40; Filed September 11, 2012] (the "Motion"), in which Plaintiff, who is *pro se,* asks to appear at the upcoming Scheduling Conference by telephone because he lives in Arlington, Texas.  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A, which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

The Motion is subject to denial on this basis alone.  Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#40] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff may appear by telephone at the Scheduling Conference on September 24, 2012 at 9:30 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff before dialing the Court.

    Dated:  September 13, 2012