IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01117-LTB-KLM

RANDOLPH S. BROWN, SR.,

    Plaintiff,

v.

FLEXTRONICS USA, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. On June 17, 2013, the Court entered its Recommendation of United States Magistrate Judge [#68] recommending that Defendant's Motion for Summary Judgment on the Merits [#57] be granted. Accordingly,

    IT IS HEREBY **ORDERED** that Flextronics America, LLC's[1] Motion for Summary Judgment [#47] is **DENIED as moot**.

    Dated: June 17, 2013

---

[1] Incorrectly named as Flextronics USA, Inc.