**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01117-LTB-KLM

RANDOLPH V. BROWN, SR.,

      Plaintiff,

v.

FLEXTRONICS USA, INC.,

      Defendant.

_____

**ORDER**
_____

This case is before me on the Recommendation of the Magistrate Judge that the Defendant's Motion for Summary Judgment (Doc 57) be granted. The Recommendation was issued and served on June 17, 2013. The Plaintiff has filed specific written objections to the recommendation. Therefore, the Recommendation is reviewed *de novo*. On *de novo* review, I conclude that the Recommendation is correct. Accordingly

IT IS ORDERED that Defendant's Motion for Summary Judgment (Doc 57) is GRANTED and the above action is DISMISSED.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   June 25, 2013